

# RECEIPT

DATE 4 6 15    No. 515972

RECEIVED FROM Roland Martin    $ 10.00

Ten 00/100 _____ DOLLARS

○ FOR RENT 111203 CV MEDT Reply
○ FOR _____

| ACCOUNT | | ⊗ CASH |
| PAYMENT | 10 00 | ○ CHECK |
| BAL. DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

FROM _____ TO _____

BY 4A